

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2022

No. 04-22-00640-CV

Paul **MICHAEL**,
Appellant

v.

Maria Guadalupe **MASCORRO**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-05662
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

After the clerk's record was due to be filed in this court, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record. *See* TEX. R. APP. P. 35.3(a).

We **order** Appellant to provide written proof to this court within **ten days** of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

Further, Appellant must file an amended notice of appeal certifying proper service on the responsible court reporter(s). *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a); TEX. R. APP. P. 25.1(e). We **order** Appellant to do so within **ten days** of this order.

Finally, Appellant must pay the filing fee of $205 for this appeal or show proof that he is entitled to appeal without paying the filing fee. *See* TEX. R. APP. P. 5; *In re R.J.G.*, No. 04-19-00817-CV, 2020 WL 214769, at *1 (Tex. App.—San Antonio Jan. 15, 2020, no pet.) (mem. op.). We **order** Appellant to do so within **ten days** of this order.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution without further notice. *See id.* R. 37.3(b); *see also id.* R. 42.3(c) (authorizing dismissal if Appellant has failed to comply with the rules, a court order, or a notice within a specified amount of time).



Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2022.

MICHAEL A. CRUZ, Clerk of Court